**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Pamela Eileen Lutz aka Pamela E. Lutz, aka Pamela Lutz, aka Pamela Lutz-Shimer, aka Pamela Eileen Lutz-Shimer, aka Pamela E. Lutz-Shimer | CHAPTER 13 |
| | BKY. NO. 25-10936 PMM |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
12 Mar 2025, 17:27:29, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: c0ad5a2f8c0952554cb0018de8ea8ea3b8f3b1e94dcec37546787011ce331175