Certificate Number: 12433-PAE-DE-039525439

Bankruptcy Case Number: 25-10936



12433-PAE-DE-039525439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 6, 2025, at 9:17 o'clock PM EDT, Pamela Eileen Lutz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 7, 2025

By:    /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher