## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Pamela Eileen Lutz aka Pamela E. Lutz, aka Pamela Lutz, aka Pamela Lutz-Shimer, aka Pamela Eileen Lutz-Shimer, aka Pamela E. Lutz-Shimer<br>　　　　　　　　　Debtor(s)<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Pamela Eileen Lutz aka Pamela E. Lutz, aka Pamela Lutz, aka Pamela Lutz-Shimer, aka Pamela Eileen Lutz-Shimer, aka Pamela E. Lutz-Shimer<br>　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 25-10936 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of NewRez LLC d/b/a Shellpoint Mortgage Servicing, which was filed with the Court on or about April 28, 2025.

Dated: June 12, 2025

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon**
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Pamela Eileen Lutz aka Pamela E. Lutz, aka Pamela Lutz, aka Pamela Lutz-Shimer, aka Pamela Eileen Lutz-Shimer, aka Pamela E. Lutz-Shimer<br><br>**Debtor(s)**<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br>**Movant**<br>vs.<br><br>**Pamela Eileen Lutz aka Pamela E. Lutz, aka Pamela Lutz, aka Pamela Lutz-Shimer, aka Pamela Eileen Lutz-Shimer, aka Pamela E. Lutz-Shimer**<br><br>**Debtor(s)**<br><br>**Scott F. Waterman**<br>**Trustee** | **BK NO. 25-10936 PMM**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 6/12/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/12/2025

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Pamela Eileen Lutz aka Pamela E. Lutz, aka Pamela Lutz, aka Pamela Lutz-Shimer, aka Pamela Eileen Lutz-Shimer, aka Pamela E. Lutz-Shimer<br>560 Cherry Hill Road<br>Nazareth, PA 18064 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Vincent Rubino Esq.<br>712 Monroe Street<br>P.O. Box 511<br>Stroudsburg, PA 18360-0511 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |