United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Pamela Eileen Lutz  
    Debtor

Case No. 25-10936-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 17, 2025      Form ID: 155      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Eileen Lutz, 560 Cherry Hill Road, Nazareth, PA 18064-8851 |
| 14985742 | + | LVHN Hecktown Oaks, 3780 Hecktown Road, Easton, PA 18045-2355 |
| 14985740 | + | Lehigh Valley Hospital, PO Box 689, Allentown, PA 18105-1556 |
| 14985741 | | Lehigh Valley Phys Group, PO Box 1754, Allentown, PA 18105-1754 |
| 14987174 | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14985746 | | TD Auto Finance, 2777 Franklin Road, Farmington, MI 48334 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14985736 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2025 00:50:26 | Capital One Bank USA NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14985737 | | Email/Text: bankruptcy@hlv.com | Jul 18 2025 00:40:00 | Helvey & Associates Inc, 1015 E Center Street, Warsaw, IN 46580-3420 |
| 14985738 | | Email/Text: Bankruptcy@ICSystem.com | Jul 18 2025 00:40:00 | IC Systems Inc, 444 Hwy 96E, Saint Paul, MN 55127-2557 |
| 14985739 | ^ | MEBN | Jul 18 2025 00:38:54 | KML Law Group, Ste 5000-BNY Indepen Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15006934 | | Email/Text: mtgbk@shellpointmtg.com | Jul 18 2025 00:40:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14987089 | ^ | MEBN | Jul 18 2025 00:38:53 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14985743 | | Email/Text: bankruptcies@penncredit.com | Jul 18 2025 00:40:00 | Penn Credit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15008707 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2025 00:50:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14986958 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2025 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14985745 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 18 2025 00:40:00 | Shellpoint Mortgage Servicing, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |
| 14985744 | | Email/Text: mtgbk@shellpointmtg.com | Jul 18 2025 00:40:00 | Shellpoint Mortgage Servicing, PO Box 650840, Dallas, TX 75265-0840 |
| 14989557 | + | Email/Text: jaxbanko@td.com | Jul 18 2025 00:40:00 | TD Bank N.A, C/O Jacob Zweig, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |

| | | | |
|---|---|---|---|
| 14989446 | Email/Text: jaxbanko@td.com | Jul 18 2025 00:40:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 14985747 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 18 2025 00:40:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:**

**Name** | **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

JACOB C. ZWEIG
   on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com

JOHN ERIC KISHBAUGH, I
   on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ekishbaugh@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
   on behalf of Debtor Pamela Eileen Lutz vrubino@newmanwilliams.com
   mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Pamela Eileen Lutz ) | Case No. 25−10936−pmm |
|   aka Pamela Lutz ) | |
|   aka Pamela E. Lutz ) | |
|   aka Pamela Lutz−Shimer ) | Chapter: 13 |
|   aka Pamela E. Lutz−Shimer ) | |
|   aka Pamela Eileen Lutz−Shimer ) | |
|   Debtor(s). | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 17, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court