**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| PAMELA EILEEN LUTZ | : | CASE NO. 25-10936-PMM |
| *AKA* PAMELA E. LUTZ | : | CHAPTER 13 |
| *AKA* PAMELA LUTZ | : | |
| *AKA* PAMELA LUTZ-SHIMER | : | |
| *AKA* PAMELA EILEEN LUTZ-SHIMER | : | |
| *AKA* PAMELA E. LUTZ-SHIMER | : | |
| _____ | : | |
| | : | |
| PAMELA EILEEN LUTZ, | : | |
|           Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWREZ LLC D/B/A SHELLPOINT | : | |
| MORTGAGE SERVICING, | : | |
|           Respondent. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

       Pamela Eileen Lutz has filed papers with the court for approval of a loan modification.

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

       1.     If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **August 28, 2025** you or your attorney must do all of the following:

(a) file an answer explaining your position at:

       Clerk's Office, U.S. Bankruptcy Court
       The Gateway Building
       201 Penn Street, Suite 103
       Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

       (a) mail a copy to the Movant's attorney:

       Robert J. Kidwell, Esquire
       Attorney for Debtor

712 Monroe Street
Stroudsburg, PA 18360

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the approval requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Patricia Mayer on Thursday **September 11, 2025 @ 11:00 AM**, in Courtroom 4th Floor, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P.9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: August 7, 2025

**NEWMAN WILLIAMS, P.C.**

By: s/  Robert J. Kidwell, Esquire
        Attorney for Debtor
        712 Monroe Street
        Stroudsburg, PA 18360
        P: 570-421-9090
        rkidwell@newmanwilliams.com