# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| PAMELA EILEEN LUTZ | : | CASE NO. 25-10936-PMM |
| *AKA* PAMELA E. LUTZ | : | CHAPTER 13 |
| *AKA* PAMELA LUTZ | : | |
| *AKA* PAMELA LUTZ-SHIMER | : | |
| *AKA* PAMELA EILEEN LUTZ-SHIMER | : | |
| *AKA* PAMELA E. LUTZ-SHIMER | : | |
| | : | |
| PAMELA EILEEN LUTZ, | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, | : | |
|     Respondent. | : | |

## CERTIFICATE OF NO RESPONSE:
## MOTION TO APPROVE LOAN MODIFICATION AGREEMENT (Doc. #22)

The undersigned Attorneys for Debtor, Pamela Eileen Lutz, in the above-captioned matter, hereby certifies that a **Motion to Approve Loan Modification Agreement** was filed on August 7, 2025, and that the Motion and related **Notice of Motion and Response Deadline** was properly served on the all creditors and parties in interest on August 7, 2025, which set an August 28, 2025 response deadline. The undersigned further certifies that no response to the **Motion to Approve Loan Modification Agreement** has been filed.

    /s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com