| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-10936-PMM

Pamela Eileen Lutz
560 Cherry Hill Road
Nazareth  PA    18064

Petition Filed Date: 03/07/2025
341 Hearing Date: 04/01/2025
Confirmation Date: 07/17/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2025 | $770.00 | | 06/06/2025 | $770.00 | | 07/08/2025 | $770.00 | |

**Total Receipts for the Period:  $2,310.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $993.49 | $0.00 | $993.49 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $175.04 | $0.00 | $175.04 |
| 3 | TD AUTO FINANCE LLC »» 002 | Secured Creditors | $824.74 | $0.00 | $824.74 |
| 4 | NEWREZ LLC  D/B/A »» 003 | Mortgage Arrears | $17,089.26 | $0.00 | $17,089.26 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $3,130.03 | $0.00 | $3,130.03 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10936-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,080.00 | Current Monthly Payment: | $770.00 |
| Paid to Claims: | $0.00 | Arrearages: | $770.00 |
| Paid to Trustee: | $169.40 | Total Plan Base: | $25,410.00 |
| Funds on Hand: | $2,910.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.