**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| PAMELA EILEEN LUTZ | : | CASE NO. 25-10936-PMM |
| *AKA* PAMELA E. LUTZ | : | CHAPTER 13 |
| *AKA* PAMELA LUTZ | : | |
| *AKA* PAMELA LUTZ-SHIMER | : | |
| *AKA* PAMELA EILEEN LUTZ-SHIMER | : | |
| *AKA* PAMELA E. LUTZ-SHIMER | : | |
| | : | |
| | : | |
| PAMELA EILEEN LUTZ, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWREZ LLC D/B/A SHELLPOINT | : | |
| MORTGAGE SERVICING, | : | |
| Respondent. | : | |

**ORDER**

AND NOW, this __9th__ day of __September__, 2025, upon consideration of Pamela Eileen Lutz (Movant), Motion for Approval of Loan Modification Agreement and any response thereto (if any), it is:

**ORDERED AND DECREED:** that the Modification Agreement as attached to the Motion for Approval for Loan Modification Agreement is approved.

_____
Honorable Patricia M. Mayer
U.S Bankruptcy Court Judge