United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10936-pmm |
| Pamela Eileen Lutz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

**Recip ID          Recipient Name and Address**
db              +  Pamela Eileen Lutz, 560 Cherry Hill Road, Nazareth, PA 18064-8851

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 11, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

**Name**                              **Email Address**

DENISE ELIZABETH CARLON
                        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

JACOB C. ZWEIG
                        on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com

JOHN ERIC KISHBAUGH, I
                        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ekishbaugh@kmllawgroup.com

ROBERT JOSEPH KIDWELL
                        on behalf of Debtor Pamela Eileen Lutz rkidwell@newmanwilliams.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 09, 2025 | Form ID: pdf900 | Total Noticed: 1

VINCENT RUBINO        on behalf of Debtor Pamela Eileen Lutz vrubino@newmanwilliams.com
                     mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 7

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| PAMELA EILEEN LUTZ | : | CASE NO. 25-10936-PMM |
| *AKA* PAMELA E. LUTZ | : | CHAPTER 13 |
| *AKA* PAMELA LUTZ | : | |
| *AKA* PAMELA LUTZ-SHIMER | : | |
| *AKA* PAMELA EILEEN LUTZ-SHIMER | : | |
| *AKA* PAMELA E. LUTZ-SHIMER | : | |
| _____ | : | |
| | : | |
| PAMELA EILEEN LUTZ, | : | |
|         Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWREZ LLC D/B/A SHELLPOINT | : | |
| MORTGAGE SERVICING, | : | |
|         Respondent. | : | |

**ORDER**

AND NOW, this __9th__ day of __September__, 2025, upon consideration of Pamela Eileen Lutz (Movant), Motion for Approval of Loan Modification Agreement and any response thereto (if any), it is:

**ORDERED AND DECREED:** that the Modification Agreement as attached to the Motion for Approval for Loan Modification Agreement is approved.

_____
Honorable Patricia M. Mayer
U.S Bankruptcy Court Judge