United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10936-pmm |
| Pamela Eileen Lutz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela Eileen Lutz, 560 Cherry Hill Road, Nazareth, PA 18064-8851 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 13, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| JACOB C. ZWEIG | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ekishbaugh@kmllawgroup.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Pamela Eileen Lutz rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Sep 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

VINCENT RUBINO  on behalf of Debtor Pamela Eileen Lutz vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| PAMELA EILEEN LUTZ, | : | |
| a/k/a PAMELA E. LUTZ, | : | **CASE NO.: 25-10936** |
| a/k/a PAMELA LUTZ, | : | |
| a/k/a PAMELA EILEEN LUTZ-SHIMER, | : | |
| a/k/a PAMELA E. LUTZ-SHIMER, | : | |
| a/k/a PAMELA LUTZ-SHIMER, | : | |
| Debtor(s) | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (**doc. #24, the "Motion"**);

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (**doc. #26**) is approved.

Date:  9/11/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**