UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                                 CASE NO.: 25-10936
                                                                                             CHAPTER 13

Pamela Eileen Lutz,
   Debtor.

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Attorney for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 07004
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                                         By: /s/Robert Shearer
                                                Robert Shearer
                                                Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PAMELA EILEEN LUTZ
560 CHERRY HILL ROAD
NAZARETH, PA 18064

And via electronic mail to:

NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Robert Shearer
Robert Shearer
Email: rshearer@raslg.com