## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Pamela Eileen Lutz,<br>a/k/a Pamela E. Lutz,<br>a/k/a Pamela Lutz,<br>a/k/a Pamela Lutz-Shimer,<br>a/k/a Pamela Eileen Lutz-Shimer,<br>a/k/a Pamela E. Lutz-Shimer, | CASE NO.: 25-10936-pmm |
| **Debtor** | |
| NewRez LLC d/b/a Shellpoint<br>Mortgage Servicing, | |
| **Movant** | |
| vs. | |
| Pamela Eileen Lutz,<br>a/k/a Pamela E. Lutz,<br>a/k/a Pamela Lutz,<br>a/k/a Pamela Lutz-Shimer,<br>a/k/a Pamela Eileen Lutz-Shimer,<br>a/k/a Pamela E. Lutz-Shimer, | |
| Scott F. Waterman, | |
| **Respondents** | |

### ANSWER TO MOTION FOR RELIEF
### ON BEHALF OF DEBTOR

AND NOW comes the Debtor, Pamela Eileen Lutz, by and through her attorneys, and answers the Motion for Relief from Automatic Stay by NewRez LLC d/b/a Shellpoint Mortgage Servicing, as follows:

1. Admitted.
2. Denied. Legal conclusion to which no response is required.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied. Legal conclusion to which no response is required.
9. Admitted.

10. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
11. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
12. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
13. Admitted.
14. Denied. Legal conclusion to which no response is required.
15. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
16. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
17. Denied. Legal conclusion to which no response is required.
18. Denied. Legal conclusion to which no response is required.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By:   /s/ Robert J. Kidwell, Esq.
Robert J. Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: December 11, 2025