*Form 242* (3/23)–doc 44 – 42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Pamela Eileen Lutz ) Case No. 25–10936–pmm
   aka Pamela Lutz )
   aka Pamela E. Lutz )
   aka Pamela Lutz–Shimer ) Chapter: 13
   aka Pamela E. Lutz–Shimer )
   aka Pamela Eileen Lutz–Shimer )

   Debtor(s).

## NOTICE OF INACCURATE FILING

Re: Doc.# [42] Domestic Support Obligation Certification

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other:

In order for this matter to proceed, please submit the above noted correction on or before January 2, 2026, otherwise, the matter will be referred to the Court.

Date: December 18, 2025                                                        For The Court

                                                                                               Mohung Wong
                                                                                               Clerk of Court