United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-10936-pmm

Pamela Eileen Lutz     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela Eileen Lutz, 560 Cherry Hill Road, Nazareth, PA 18064-8851 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| JACOB C. ZWEIG | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, crecord@evanspetree.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ekishbaugh@kmllawgroup.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING jkatz@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| ROBERT JOSEPH KIDWELL | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 234 | Total Noticed: 1 |

on behalf of Debtor Pamela Eileen Lutz rkidwell@newmanwilliams.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHERRI DICKS
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
    on behalf of Debtor Pamela Eileen Lutz vrubino@newmanwilliams.com
    mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Pamela Eileen Lutz
        Debtor(s)                                Case No:25−10936−pmm
                                                        Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                             For The Court

                                                             Mohung Wong
                                                             Clerk of Court

Date: 12/17/25