United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Pamela Eileen Lutz  
    Debtor

Case No. 25-10936-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Dec 29, 2025      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Eileen Lutz, 560 Cherry Hill Road, Nazareth, PA 18064-8851 |
| 14985742 | + | LVHN Hecktown Oaks, 3780 Hecktown Road, Easton, PA 18045-2355 |
| 14985740 | + | Lehigh Valley Hospital, PO Box 689, Allentown, PA 18105-1556 |
| 14985741 | | Lehigh Valley Phys Group, PO Box 1754, Allentown, PA 18105-1754 |
| 14987174 | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14985746 | | TD Auto Finance, 2777 Franklin Road, Farmington, MI 48334 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 30 2025 00:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 30 2025 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14985736 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:39:19 | Capital One Bank USA NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14985737 | | Email/Text: bankruptcy@hlv.com | Dec 30 2025 00:33:00 | Helvey & Associates Inc, 1015 E Center Street, Warsaw, IN 46580-3420 |
| 14985738 | | Email/Text: Bankruptcy@ICSystem.com | Dec 30 2025 00:33:00 | IC Systems Inc, 444 Hwy 96E, Saint Paul, MN 55127-2557 |
| 14985739 | ^ | MEBN | Dec 30 2025 00:27:24 | KML Law Group, Ste 5000-BNY Indepen Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15006934 | | Email/Text: mtgbk@shellpointmtg.com | Dec 30 2025 00:33:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14987089 | ^ | MEBN | Dec 30 2025 00:27:24 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15070407 | + | Email/Text: RASEBN@raslg.com | Dec 30 2025 00:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15070501 | + | Email/Text: RASEBN@raslg.com | Dec 30 2025 00:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14985743 | | Email/Text: bankruptcies@penncredit.com | Dec 30 2025 00:33:00 | Penn Credit, PO Box 69703, Harrisburg, PA 17106-9703 |

| | | | | |
|---|---|---|---|---|
| 15008707 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:39:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14986958 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14985745 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 30 2025 00:33:00 | Shellpoint Mortgage Servicing, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |
| 14985744 | | Email/Text: mtgbk@shellpointmtg.com | Dec 30 2025 00:33:00 | Shellpoint Mortgage Servicing, PO Box 650840, Dallas, TX 75265-0840 |
| 14989557 | + | Email/Text: jaxbanko@td.com | Dec 30 2025 00:33:00 | TD Bank N.A, C/O Jacob Zweig, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 14989446 | | Email/Text: jaxbanko@td.com | Dec 30 2025 00:33:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 14985747 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 30 2025 00:33:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| JACOB C. ZWEIG | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, crecord@evanspetree.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ekishbaugh@kmllawgroup.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING jkatz@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Pamela Eileen Lutz rkidwell@newmanwilliams.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHERRI DICKS
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
    on behalf of Debtor Pamela Eileen Lutz vrubino@newmanwilliams.com
    mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 10

*Form 138OBJ* (6/24)–doc 49 – 40

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Pamela Eileen Lutz )    Case No. 25−10936−pmm
   aka Pamela Lutz )
   aka Pamela E. Lutz )
   aka Pamela Lutz−Shimer )    Chapter: 13
   aka Pamela E. Lutz−Shimer )
   aka Pamela Eileen Lutz−Shimer )

  Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 29, 2025                                                    For The Court

                                                                                                       Mohung Wong
                                                                                                       Clerk of Court