*Form 138FIN* (6/24)–doc 56 – 55

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Pamela Eileen Lutz | ) | Case No. 25–10936–pmm |
| aka Pamela Lutz | ) | |
| aka Pamela E. Lutz | ) | |
| aka Pamela Lutz–Shimer | ) | Chapter: 13 |
| aka Pamela E. Lutz–Shimer | ) | |
| aka Pamela Eileen Lutz–Shimer | ) | |

Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: February 27, 2026

For The Court

Mohung Wong
Clerk of Court