United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 25-10936-pmm

Pamela Eileen Lutz                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                          Page 1 of 2

Date Rcvd: Feb 27, 2026                       Form ID: 138FIN                       Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela Eileen Lutz, 560 Cherry Hill Road, Nazareth, PA 18064-8851 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Feb 28 2026 00:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 28 2026 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| JACOB C. ZWEIG | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, crecord@evanspetree.com |

District/off: 0313-4                           User: admin                              Page 2 of 2
Date Rcvd: Feb 27, 2026                        Form ID: 138FIN                          Total Noticed: 3

JOHN ERIC KISHBAUGH, I

    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ekishbaugh@kmllawgroup.com

JORDAN MATTHEW KATZ

    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING jkatz@raslg.com

MICHELLE L. MCGOWAN

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

ROBERT BRIAN SHEARER

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

ROBERT JOSEPH KIDWELL

    on behalf of Debtor Pamela Eileen Lutz rkidwell@newmanwilliams.com

SCOTT F. WATERMAN [Chapter 13]

    ECFMail@ReadingCh13.com

SHERRI DICKS

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO

    on behalf of Debtor Pamela Eileen Lutz vrubino@newmanwilliams.com
    mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com


TOTAL: 11

*Form 138FIN* (6/24)–doc 56 – 55

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   Pamela Eileen Lutz                               )          Case No. 25–10936–pmm
   aka Pamela Lutz                                 )
   aka Pamela E. Lutz                              )
   aka Pamela Lutz–Shimer                          )          Chapter: 13
   aka Pamela E. Lutz–Shimer                       )
   aka Pamela Eileen Lutz–Shimer                   )

   Debtor(s).

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: February 27, 2026                                    For The Court

                                                          Mohung Wong
                                                          Clerk of Court