United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10936-pmm

Pamela Eileen Lutz                                                                Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 02, 2026                   Form ID: 195                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**　　　**Definition**

+                         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                          regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID**　　　　　　**Recipient Name and Address**
db                        +  Pamela Eileen Lutz, 560 Cherry Hill Road, Nazareth, PA 18064-8851

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

JACOB C. ZWEIG

                          on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com,
                          crecord@evanspetree.com

JOHN ERIC KISHBAUGH, I

                          on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ekishbaugh@kmllawgroup.com

JORDAN MATTHEW KATZ

                          on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING jkatz@raslg.com

MATTHEW K. FISSEL

                          on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com
                          matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

                          on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

ROBERT BRIAN SHEARER

District/off: 0313-4                           User: admin                                    Page 2 of 2

Date Rcvd: Apr 02, 2026                        Form ID: 195                                  Total Noticed: 1

        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

ROBERT JOSEPH KIDWELL

        on behalf of Debtor Pamela Eileen Lutz rkidwell@newmanwilliams.com
bzalesky@newmanwilliams.com;mdaniels@newmanwilliams.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

SHERRI DICKS

        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO

        on behalf of Debtor Pamela Eileen Lutz vrubino@newmanwilliams.com
mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                                          : Chapter 13


Pamela Eileen Lutz                                              : Case No. 25–10936–pmm
        Debtor(s)


### *ORDER*
_____


AND NOW, this day , April 1, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                        By The Court

                                        Patricia M. Mayer
                                        Judge, United States Bankruptcy Court


                                                                            Form 195